

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

LOFTUS C. CARSON, II,                           CASE NO. A-05-CA-437-SS
        Plaintiff

VERSUS                                          JUDGE DONALD E. WALTER

UNIVERSITY OF TEXAS AT AUSTIN and
UNIVERSITY OF TEXAS SCHOOL OF LAW,
        Defendants

## JURY INTERROGATORIES

**Question 1:**

Did UT discriminate against Prof. Carson because of his race?

    Yes:_____    No: ✓ _____

Proceed to question 2.

**Question 2:**

Did William C. Powers, Jr. discriminate against Prof. Carson because of his race?

    Yes:_____    No: ✓ _____

Proceed to question 3.

**Question 3:**

Did UT retaliate against Prof. Carson?

    Yes:_____    No: ✓ _____

Proceed to question 4.

**Question 4:**

Did William C. Powers, Jr. retaliate against Prof. Carson?

    Yes:_____    No:____✓____

Proceed to question 5.

**Question 5:**

Did UT breach its Settlement Agreement with Prof. Carson?

    Yes:_____    No:____✓____

Proceed to question 6.

**Question 6:**

Did the Foundation retaliate against Prof. Carson?

    Yes:_____    No:____✓____

Thus done and signed this 30th day of October, 2006.

                                  _____
                                  JURY FOREMAN