FILED

NOV 17 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT COURT
AUSTIN DIVISION

| | | |
|---|---|---|
| LOFTUS C. CARSON, II,<br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF TEXAS AT AUSTIN UNIVERSITY PRESIDENT LARRY R. FAULKNER, in his official capacity, DEAN OF THE SCHOOL OF LAW WILLIAM C. POWERS, JR., in his individual capacity, UNIVERSITY VICE PRESIDENT PATRICIA L. CLUBB, in her individual capacity, THE UNIVERSITY OF TEXAS LAW SCHOOL FOUNDATION, DAVID J. BECK, and JOSEPH D. JAMAIL,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br><br>No. A-05-CA-437-DEW<br><br>JURY REQUESTED |

# FINAL JUDGMENT

On October 23, 2006, came on to be heard the above styled and numbered cause and Plaintiff voluntarily dismissed the following claims: all claims under the Fair Housing Act (42 U.S.C. § 3601 *et seq.*) against any Defendant; all claims under the Equal Credit Opportunity Act (15 U.S.C. § 1691 *et seq.*) against any Defendant; all claims for conspiracy under 42 U.S.C. § 1985 against any Defendant; all claims for failure to stop a conspiracy under 42 U.S.C. § 1986 against any Defendant; all civil conspiracy claims against any Defendant; all First Amendment retaliation claims against William C. Powers, Jr. ("Powers"); all Title VII claims for hostile work environment against the University of Texas at Austin (the "University"); and all claims alleging race discrimination under 42 U.S.C. § 1981 against the University of Texas Law School Foundation (the "Foundation"), David J. Beck ("Beck"), and Joseph D. Jamail ("Jamail").

Thereafter the parties commenced the presentation of all evidence in this case. After the

Plaintiff rested, each Defendant made Rule 50 motions for judgment as a matter of law on October 26, 2006 and the Court granted the following Rule 50 motions of the Defendants and granted judgment as a matter of law that Plaintiff take nothing on each of the following claims: all Title VII claims for disparate impact against the University; all claims for disparate treatment compensation against the University and William C. Powers; all claims for fraudulent inducement against Defendants Powers and Clubb; the claim for breach of contract (also called "breach of implied settlement agreement") against the Foundation; the retaliation claim under 42 U.S.C. § 1981 against Defendant Beck; and the retaliation claim under 42 U.S.C. § 1981 against Defendant Jamail.

After the close of all the evidence, each remaining Defendant made renewed and/or additional Rule 50 motions for judgment as a matter of law, which motions were carried by the Court, and on October 30, 2006, the Court submitted questions and instructions to the jury based on the Plaintiff's remaining causes of action: Title VII disparate treatment against the University; disparate treatment against Defendant Powers; breach of contract against the University; Title VII retaliation against the University; retaliation under 42 U.S.C. § 1981 against Defendant Powers; and retaliation under 42 U.S.C. § 1981 against the Foundation. The jury returned its responses to those questions and instructions on October 30, 2006, as follows:

**Question 1:**

Did UT discriminate against Prof. Carson because of his race?

Yes:____________________ No: X

**Question 2:**

Did William C. Powers discriminate against Prof. Carson because of his race?

Yes:____________________ No X

**Question 3:**

Did UT retaliate against Prof. Carson?

Yes:____________________ No____X____

**Question 4:**

Did William C. Powers, Jr. retaliate against Prof. Carson?

Yes:____________________ No:____X____

**Question 5:**

Did UT breach its Settlement Agreement with Prof. Carson?

Yes:____________________ No:____X____

**Question 5:**

Did the Foundation retaliate against Prof. Carson?

Yes:____________________ No:____X____

Said verdict was signed by the presiding juror who advised in open court that it was a unanimous verdict; the jury was polled and each juror stated in open court that the verdict was unanimous; and the verdict was accepted by the Court and filed by the Clerk. Based on the responses of the jury to the questions submitted to them, as well as upon the pleadings, evidence, trial record, and the law, the Court finds and concludes that Judgment should be rendered on the verdict in favor of the Defendants and against Plaintiff on all claims and all issues.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Plaintiff, Loftus C. Carson, II ("Plaintiff"), take nothing by his suit.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all costs of court are taxed against the Plaintiff in favor of Defendants, and it is ORDERED that each Defendant who

seeks recovery of taxable costs shall file a bill of costs pursuant to Federal Rule of Civil Procedure 54(d)(1) on or before the fourteenth (14th) day after entry of this judgment.

IT IS FURTHER ORDERED that any Defendant who seeks recovery of attorney's fees from Plaintiff on any ground shall file a motion pursuant to Federal Rule of Civil Procedure 54(d)(2) and Local Rule CV-7(i) on or before the fourteenth (14th) day after entry of this judgment, to be disposed of thereafter by separate subsequent order as the Federal Rules allow.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all relief not expressly granted herein, whether the relief was requested or could have been requested in this case, is denied, with the sole exception that motions for attorney's fees shall be considered and decided after entry of this final judgment as the foregoing paragraph sets forth.

SIGNED this 16 day of November, 2006.

Donald E. Walter

THE HONORABLE DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM:**

Joseph D. Jamail
State Bar No. 10536000
JAMAIL & KOLIUS
500 Dallas Street, Suite 3434
Houston, Texas 77002
(713) 651-3000 (Telephone)
(713) 651-1957 (Telecopier)

Robert S. Notzon
State Bar No. 00797934
The Law Office of Robert Notzon
509 West 16th Street
Austin, Texas 78701
(512) 474-7563 (Telephone)
(512) 493-9625 (Telecopier)

**ATTORNEY FOR PLAINTIFF LOFTUS C. CARSON, II**

GREG ABBOTT
Attorney General of Texas
KENT C. SULLIVAN
First Assistant Attorney General
EDWARD D. BURBACH
Deputy Attorney General for Litigation
ROBERT B. O'KEEFE
Chief, General Litigation Division

William T. Deane,
State Bar No. 05692500
Fed. ID No. 11725
Assistant Attorney General
General Litigation Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4054 (Telephone)
(512) 320-0667 (Telecopier)

**ATTORNEYS FOR DEFENDANTS THE UNIVERSITY OF TEXAS AT AUSTIN, WILLIAM C. POWERS, JR., AND PATRICIA L. CLUBB**

Shannon H. Ratliff
State Bar No. 16573000
Lisa A. Paulson
State Bar No. 00784732
RATLIFF LAW FIRM, P.L.L.C.
600 Congress Avenue, Suite 3100
Austin, Texas 78701
(512) 493-9600 (Telephone)
(512) 493-9625 (Telecopier)

**ATTORNEYS FOR DEFENDANTS THE UNIVERSITY OF TEXAS LAW SCHOOL FOUNDATION, DAVID J. BECK, AND JOSEPH D. JAMAIL**